STATE v. MARTIN

No. 130 PC.

Case below: 29 N.C. App. 17.

Petition for discretionary review under G.S. 7A-31 denied 1 June 1976.

STATE v. MATTHEWS

No. 98.

Case below: 28 N.C. App. 592.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 June 1976.

STATE v. OLDFIELD

No. 148 PC.

Case below: 29 N.C. App. 131.

Petition for discretionary review under G.S. 7A-31 denied 1 June 1976.

STATE v. SMITH

No. 21.

Case below: 28 N.C. App. 729.

Motion of Attorney General to dismiss appeal under Rules 14A, 14D(1), 14D(2), 17A and 25 allowed 1 June 1976.

STATE v. UNDERWOOD

No. 124 PC.

Case below: 28 N.C. App. 729.

Petition for discretionary review under G.S. 7A-31 denied 1 June 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 June 1976.